IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY R. ANDERSON**                                                                    **PETITIONER**
**ADC #148467**

v.                              CASE NO. 5:15-CV-00380 BSM

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                       **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 15] submitted by United States Magistrate Judge Patricia S. Harris have been received along with petitioner Ricky Anderson's objections [Doc. No. 18]. After careful consideration of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Anderson's petition for writ of *habeas corpus* [Doc. No. 2] pursuant to 28 U.S.C. section 2254 is dismissed with prejudice, and the relief sought is denied. A certificate of appealability will not be granted because Anderson has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(1)-(2).

IT IS SO ORDERED this 27th day of April 2017

_____
UNITED STATES DISTRICT JUDGE